UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: LYNN MIKE WILLIAMS          CASE NO.: 15-
       MELVA WEBB WILLIAMS

## CHAPTER 13 PLAN

**I.** Debtors propose to pay by direct pay into the Chapter 13 Plan monthly payments of $330 for sixty (60) months.

**II.** Claims to be paid directly by debtor.   **Estimated Balance Due**   **Monthly Payment**
**Carrington Mortgage**                         $90,743.00                  $679.77
**collateral - Mobile home and**
**1 acre located at**
**7009 MLK Dr., Mansura, LA**

**III.** Claims to be paid by Trustee.

   **A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride, LLC shall receive attorney and administrative fees of $2,800. The Trustee shall receive fees of approximately 10% of plan payments.

   **B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

   **1. Personal Property:**

      Td Auto Finance: collateral - 2008 Ford Focus; estimated secured claim of $10,300 to be paid with interest at 6%. As adequate protection, Td Auto Finance shall be paid $25 per month until the debtor's attorney fees are paid in full.

   **C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below: **None**

   **D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.

Respectfully submitted this 8th day of July, 2015.

                                                McBride Law Firm


                                                /s/Thomas C. McBride
                                                By: Thomas C. McBride (#09210)
                                                    Kathryn A. Wiley (#33672)
                                                    Thomas C. McBride, LLC
                                                    McBride Law Firm
                                                    301 Jackson Street, Suite 101
                                                    Alexandria, LA 71301
                                                    Telephone (318) 445-8800
                                                    Facsimile (318) 445-8066